Robert GAWNE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40091.

Missouri Court of Appeals,
Western District.

Aug. 16, 1988.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Freeman HENSON, Appellant.

No. WD 40407.

Missouri Court of Appeals,
Western District.

Aug. 16, 1988.

L. Patrick O'Brien, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a conviction of possession of a Schedule II controlled substance, in violation of § 195.020, RSMo 1986, and from sentence of six months' confinement.

Affirmed. Rule 30.25(b).